AMIR NASSIHI (SBN 235936)
anassihi@shb.com
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Attorneys for Defendants
HYUNDAI MOTOR AMERICA, INC.
and KIA AMERICA, INC.
(sued as Kia Motors America, Inc.)

CODY R PADGETT
Cody.Padgett@capstonelawyers.com
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000
Tel: 310-556-4811 | Fax: 310-943-0396

AMEY J. PARK
apark@bergermontague.com
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 215-875-3000
Fax: 215-875-4604

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAND YOUNG, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA., INC., a California corporation, KIA MOTORS AMERICA, INC., a California corporation, HYUNDAI MOTOR COMPANY, a South Korean corporation, and KIA MOTORS CORPORATION, a South Korean corporation,<br><br>Defendants. | Case No. 8:24-cv-00690-JVS-JDE<br><br>*Assigned to Hon. James V. Selna*<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

1

1  TO THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:

2  Plaintiff Ahmand Young ("Plaintiff"), Hyundai Motor America, Inc. and Kia America, Inc. ("Defendants"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice as to the Plaintiffs' individual claims and without prejudice as to any putative class claims alleged. The parties have agreed that each side shall bear its own costs and fees.

IT IS SO STIPULATED.

Dated: December 15, 2025         Respectfully submitted,

                                  SHOOK, HARDY & BACON L.L.P.

                                  By:  /s/ Amir Nassihi
                                       AMIR NASSIHI

                                       Attorneys for Defendants
                                       HYUNDAI MOTOR AMERICA,
                                       INC. and KIA AMERICA, INC.


                                  CAPSTONE LAW APC

                                  By:  /s/ Cody R. Padgett

                                       CODY R PADGETT
                                       Attorney for Plaintiffs

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Amir Nassihi, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

                                       /s/ Amir Nassihi
                                       Amir Nassihi